IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

EDMUND MAYE,

    Petitioner,

v.                                         CASE NO. 4:08-cv-577-SPM-AK

WALTER MCNEIL,

    Respondent.
_____/

**O R D E R**

This matter is before the Court on Doc. 2, Motion for Leave to Proceed *in forma pauperis*, by Edmund Maye. Petitioner has not submitted a financial certificate which has been completed by a prison official or a statement of account covering the six-month period preceding the filing of the habeas petition. Thus, the motion for IFP requires amendment. Petitioner will therefore be required to file an amended motion for IFP in this case, which includes the necessary financial certification and account information.

Accordingly, it is ORDERED:

That the Clerk shall forward to Petitioner an application for leave to proceed *in forma pauperis*;

Petitioner shall have until **February 6, 2009**, to file an amended application for leave to proceed *in forma pauperis* which includes his inmate account information, clearly designated as an "amended" application, or pay the $5.00 filing fee;

**Failure to respond to this order as instructed will result in a recommendation of dismissal of this action for failure to prosecute and failure to comply with an order of this court.**

**DONE AND ORDERED** this  5th  day of January, 2009.

*s/ A.  KORNBLUM*
**ALLAN KORNBLUM
UNITED STATES MAGISTRATE JUDGE**