# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**EDMUND MAYE,**

    **Petitioner,**

**vs.**                                          **CASE NO. 4:08cv577-SPM/AK**

**WALTER MCNEIL,**

    **Respondent.**

_____/

## O R D E R

Petitioner has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 and an amended motion for leave to proceed *in forma pauperis*. Docs. 1 & 10. A review of Petitioner's inmate account statement reveals that he has the funds to pay the $5.00 filing fee, in that his present account exceeds $25.00. Further review of Petitioner's petition will be deferred until the $5.00 filing fee is paid. The motion for extension of time to file the amended motion for IFP, Doc. 9, is moot, as the amended IFP motion was timely deposited in the prison mail system.

Accordingly, it is **ORDERED**:

1. Petitioner's amended motion to proceed *in forma pauperis*, Document 10, is hereby **DENIED**.

2. Petitioner's motion for extension of time, Document 9, is **MOOT**.

3. Petitioner shall have until **March 11, 2009**, to submit the $5.00 filing fee to the Clerk of Court.

4. **Failure to respond to this order as instructed will result in a recommendation of dismissal of this action for failure to prosecute and failure to comply with an order of this Court**.

**DONE AND ORDERED** this **9th** day of February, 2009.


*s/ A. KORNBLUM*
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**