IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

EDMUND MAYE,

    Petitioner,

v.                                                  CASE NO. 4:08-cv-577-SPM-AK

WALTER A. MCNEIL,

    Respondent.

_____/

## **O R D E R**

This matter is before the Court on Doc.13, Petitioner's Motion for Extension of Time to Pay Fee. Having carefully considered the matter, the Court finds the motion is well taken, and it is **GRANTED**. Petitioner shall pay the $5.00 filing fee no later than **April 6, 2009.**

**DONE AND ORDERED** this *4th* day of March, 2009.

                                          *s/ A. KORNBLUM*
                                          **ALLAN KORNBLUM**
                                          **UNITED STATES MAGISTRATE JUDGE**