IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

EDMUND MAYE,

    Petitioner,

v.                                                      CASE NO. 4:08-cv-577-SPM-AK

WALTER MCNEIL,

    Respondent.
_____/

## **O R D E R**

This matter is before the Court on Doc. 26, motion for return of duplicate filing fee. According to Petitioner, the prison has deducted two $5.00 filing fees from his account, but he only has one case pending here. *Id*. This Court has only received one filing fee from Petitioner, and therefore, a member of the Clerk's staff contacted the Department of Corrections regarding this matter. He was advised that a second filing fee had indeed been sent on Petitioner's behalf, but that the fee was paid to the United States District Court for the Southern District of Florida in Case. No. 09-20816-CIV. Because there has been no overpayment in this case, the motion is **DENIED**.

    **DONE AND ORDERED** this  7th  day of May, 2009.

                              *s/ A. KORNBLUM*
                              **ALLAN KORNBLUM**
                              **UNITED STATES MAGISTRATE JUDGE**