**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

EDMUND MAYE,

       Petitioner,

vs.                                                          CASE NO. 4:08-cv-577-SPM/GRJ

KENNETH S. TUCKER,
SECRETARY, FLORIDA DEPARTMENT
OF CORRECTIONS,

       Respondent.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE comes before the Court for consideration of the Magistrate

Judge's Report and Recommendation (doc. 51).  Petitioner was furnished a copy

and filed objections (doc. 54).

Upon consideration, and despite the Petitioner's objections, I have

determined that the Report and Recommendation is correct and should be

adopted.  Petitioner's objections essentially reargue the same points reflected in

the petition and addressed by the Report and Recommendation.  Because the

Court fully agrees with the Magistrate Judge's determination, there is no need to

re-address Petitioner's arguments as each point is sufficiently addressed in the

Report and Recommendation.

Accordingly, it is hereby ORDERED and ADJUDGED as follows:

1.　　The Magistrate Judge's Report and Recommendation (doc. 51) is

　　　adopted and incorporated by reference into this order.

2.　　The Amended Petition for a Writ of Habeas Corpus (doc. 16) is

　　　denied.

3.　　A certificate of appealability is denied.

DONE AND ORDERED this 28th day of December, 2011.

*S/ Stephan P. Mickle*

Stephan P. Mickle
Senior United States District Judge